

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2013

No. 04-13-00134-CV

Fred **BEEBE,**
Appellant

v.

**CITY OF SAN ANTONIO** Through its agent, City Public Service Board of San Antonio
d/b/a CPS Energy,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-08789
The Honorable Martha B. Tanner, Judge Presiding

## O R D E R

On June 20, 2013, the appellant filed a motion for rehearing. The Court requests that the appellee file a response on or before July 29, 2013. See TEX. R. APP. P. 49.2.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2013.

_____
Keith E. Hottle
Clerk of Court